IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY, | : |
| Plaintiff, | : No. 6:13-CV-1178 (GLS/TWD) |
| v. | : |
| CLEARWATER INSURANCE COMPANY, | : |
| Defendant. | : |

---

**UTICA'S NOTICE OF MOTION IN LIMINE NO. 3:
<u>EXPERT TESTIMONY OF JOHN COLE</u>**

As set forth in the accompanying brief, Utica moves this Court for an order prohibiting Clearwater's expert witness, John Cole, from testifying.

Dated: May 24, 2021

/s/ Syed S. Ahmad

| | |
|---|---|
| Syed S. Ahmad (N.D.N.Y. Bar No. 602911) | Daniel R. Thies (Pro Hac Vice) |
| HUNTON ANDREWS KURTH LLP | WEBBER & THIES PC |
| 2200 Pennsylvania Avenue, NW | 202 Lincoln Square |
| Washington, DC 20037 | Urbana, IL 61803 |
| (202) 955-1500 | (217) 365-5327 |
| Fax: (202) 862-3619 | Fax: (271) 367-3752 |
| sahmad@HuntonAK.com | danielthies@webberthies.com |
| | |
| Thomas D. Cunningham (pro hac vice) | Phillip G. Steck |
| SIDLEY AUSTIN LLP | COOPER ERVING & SAVAGE LLP |
| One South Dearborn Street | 39 North Pearl Street |
| Chicago, IL 60603 | Albany, NY 12207 |
| (312) 853-7000 | (518) 449-3900 |
| Fax: (313) 853-7036 | Fax: (518) 432-3111 |
| tcunningham@sidley.com | psteck@coopererving.com |

*Counsel for Utica Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on May 24, 2021, the foregoing was served on counsel of record by ECF.

        By: /s/ Syed S. Ahmad
            Syed S. Ahmad
            HUNTON ANDREWS KURTH LLP
            2200 Pennsylvania Avenue, NW
            Washington, DC 20037
            (202) 955-1500
            Fax: (202) 862-3619
            sahmad@HuntonAK.com

Counsel for Utica Mutual Insurance Company