IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
UTICA MUTUAL INSURANCE COMPANY,  :
:
                    Plaintiff,        :        No. 6:13-CV-01178 (GLS/TWD)
    v.                                           :
:
CLEARWATER INSURANCE COMPANY,   :
:
                    Defendant.     :
---------------------------------------------------------x

**REVISED JOINT PRETRIAL STIPULATION
<u>AS TO TRIAL EXHIBITS</u>**

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500

WEBBER & THIES PC
202 Lincoln Square
Urbana, IL 61803
(217) 365-5327

COOPER ERVING & SAVAGE LLP
39 North Pearl Street
Albany, NY 12207
(518) 449-3900

*Attorneys for Plaintiff*
*Utica Mutual Insurance Company*

NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 541-5100

and

799 9th Street NW, Suite 1000
Washington, DC 20001
(202) 662-0200

*Attorneys for Defendant*
*Clearwater Insurance Company*

Further to instructions from this Court dated June 15, 2021, the parties have held multiple meet and confer discussions respecting potential further stipulations to trial exhibits. The parties jointly submit as <u>Exhibit A</u> hereto a Revised Joint Pretrial Stipulation as to Trial Exhibits, which reflects several additional stipulations since the version filed on May 24, 2021 (Dkt. 182-1).

DATED:  June 22, 2021

| | |
|---|---|
| /s/ *Thomas D. Cunningham* | /s/ *Thomas J. McCormack* |
| Thomas D. Cunningham (*pro hac vice*) | Thomas J. McCormack |
| SIDLEY AUSTIN LLP | John F. Finnegan |
| One South Dearborn Street | Victoria V. Corder |
| Chicago, IL 60603 | NORTON ROSE FULBRIGHT US LLP |
| (312) 853-7000 | 1301 Avenue of the Americas |
| | New York, New York 10019 |
| Syed S. Ahmad (N.D.N.Y. Bar No. 602911) | (212) 541-5100 |
| HUNTON ANDREWS KURTH LLP | Thomas.mccormack@nortonrosefulbright.com |
| 2200 Pennsylvania Avenue, NW | John.Finnegan@nortonrosefulbright.com |
| Washington, DC 20037 | |
| (202) 955-1500 | Joy L. Langford |
| | Allison Goodman Gold |
| Daniel R. Thies (*pro hac vice*) | NORTON ROSE FULBRIGHT US LLP |
| WEBBER & THIES PC | 799 9th Street NW, Suite 1000 |
| 202 Lincoln Square | Washington, DC 20001 |
| Urbana, IL 61803 | (202) 662-0200 |
| (217) 365-5327 | |
| danielthies@webberthies.com | *Attorneys for Defendant* |
| | *Clearwater Insurance Company* |
| Phillip G. Steck | |
| COOPER ERVING & SAVAGE LLP | |
| 39 North Pearl Street | |
| Albany, NY 12207 | |
| (518) 449-3900 | |
| psteck@coopererving.com | |
| | |
| *Attorneys for Plaintiff* | |
| *Utica Mutual Insurance Company* | |

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2021, the foregoing was served on counsel of record by ECF.

By: */s/ Thomas D. Cunningham*
Thomas D. Cunningham

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
tcunningham@sidley.com

Counsel for Utica Mutual Insurance Company

268943352v.4