# **EXHIBIT N**

**Billing Summary [Stipulation] No. 2 - By Date (Overview)**    P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---|---|---|---|---|
| 6/22/2011 | 1979 | N-22001 | 120,073.66 | P-310 at 1-6 |
| 6/22/2011 | 1979 | V-1522 | 2,046.01 | P-310 at 7 |
| 6/22/2011 | 1980 | HC-80-0098 | 3,562.94 | P-310 at 8 |
| 6/22/2011 | 1981 | HC-81-0098 | 5,592.53 | P-310 at 9-15 |
| 9/26/2011 | 1979 | N-22001 | 176,848.09 | P-310 at 16-19 |
| 9/26/2011 | 1979 | V-1522 | 3,013.44 | P-310 at 20-22 |
| 9/27/2011 | 1980 | HC-80-0098 | 6,017.56 | P-310 at 23 |
| 9/27/2011 | 1981 | HC-81-0098 | 5,979.52 | P-310 at 24-27 |
| 12/19/2011 | 1979 | N-22001 | 170,571.55 | P-310 at 28-30 |
| 12/19/2011 | 1979 | V-1522 | 2,906.48 | P-310 at 31-33 |
| 12/20/2011 | 1980 | HC-80-0098 | 5,810.29 | P-310 at 34-35 |
| 12/20/2011 | 1981 | HC-81-0098 | 5,781.43 | P-310 at 36-37 |
| 3/26/2012 | 1979 | N-22001 | 359,790.29 | P-310 at 38-39 |
| 3/26/2012 | 1979 | V-1522 | 6,130.70 | P-310 at 40-41 |
| 3/26/2012 | 1980 | HC-80-0098 | 12,248.92 | P-310 at 42 |
| 3/26/2012 | 1981 | HC-81-0098 | 12,265.07 | P-310 at 43-44 |
| 6/26/2012 | 1979 | N-22001 | 87,108.52 | P-310 at 45-46 |
| 6/26/2012 | 1979 | V-1522 | 1,484.30 | P-310 at 47-49 |
| 6/27/2012 | 1980 | HC-80-0098 | 2,964.27 | P-310 at 50-51 |
| 6/27/2012 | 1981 | HC-81-0098 | 2,965.48 | P-310 at 52-53 |
| 11/2/2012 | 1979 | N-22001 | 226,473.86 | P-310 at 54-55 |
| 11/2/2012 | 1979 | V-1522 | 3,859.04 | P-310 at 56-57 |
| 11/2/2012 | 1980 | HC-80-0098 | 7,711.75 | P-310 at 58-59 |
| 11/2/2012 | 1981 | HC-81-0098 | 7,659.75 | P-310 at 60-61 |
| 2/5/2013 | 1979 | N-22001 | 260,001.65 | P-310 at 62-63 |
| 2/5/2013 | 1979 | V-1522 | 4,430.34 | P-310 at 64-65 |
| 2/6/2013 | 1980 | HC-80-0098 | 9,058.54 | P-310 at 66-67 |
| 2/6/2013 | 1981 | HC-81-0098 | 9,028.29 | P-310 at 68-69 |
| 5/6/2013 | 1979 | N-22001 | 244,318.89 | P-310 at 70-71 |
| 5/6/2013 | 1979 | V-1522 | 4,163.11 | P-310 at 72-73 |
| 5/7/2013 | 1980 | HC-80-0098 | 8,313.31 | P-310 at 74-75 |
| 5/7/2013 | 1981 | HC-81-0098 | 8,272.66 | P-310 at 76-77 |
| 5/21/2013 | 1979 | N-22001 | 45,188.91 | P-310 at 78-79 |
| 5/21/2013 | 1979 | V-1522 | 770.00 | P-310 at 80-81 |
| 5/21/2013 | 1980 | HC-80-0098 | 1,537.35 | P-310 at 82-83 |

PLAINTIFF'S EXHIBIT
P-329-A

**Billing Summary [Stipulation] No. 2 - By Date (Overview)**   P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---|---|---|---|---|
| 5/22/2013 | 1981 | HC-81-0098 | 1,533.86 | P-310 at 84-85 |
| 6/25/2013 | 1979 | N-22001 | 63,391.44 | P-310 at 86-87 |
| 6/25/2013 | 1979 | V-1522 | 1,080.17 | P-310 at 88-89 |
| 6/25/2013 | 1980 | HC-80-0098 | 2,157.02 | P-310 at 90-91 |
| 6/25/2013 | 1981 | HC-81-0098 | 2,150.76 | P-310 at 92-93 |
| 7/30/2013 | 1979 | N-22001 | 108,730.90 | P-310 at 94-95 |
| 7/30/2013 | 1979 | V-1522 | 1,852.74 | P-310 at 96-97 |
| 7/29/2013 | 1980 | HC-80-0098 | 3,699.33 | P-310 at 98 |
| 7/31/2013 | 1981 | HC-81-0098 | 3,683.67 | P-310 at 99-100 |
| 8/20/2013 | 1979 | N-22001 | 46,451.73 | P-310 at 101-02 |
| 8/19/2013 | 1979 | V-1522 | 791.52 | P-310 at 103 |
| 8/19/2013 | 1980 | HC-80-0098 | 1,580.12 | P-310 at 104 |
| 8/22/2013 | 1981 | HC-81-0098 | 1,580.16 | P-310 at 105-06 |
| 9/20/2013 | 1979 | N-22001 | 57,027.33 | P-310 at 107-08 |
| 9/20/2013 | 1979 | V-1522 | 971.73 | P-310 at 109-10 |
| 9/23/2013 | 1980 | HC-80-0098 | 1,939.93 | P-310 at 111-12 |
| 9/23/2013 | 1981 | HC-81-0098 | 1,934.33 | P-310 at 113-14 |
| 10/22/2013 | 1979 | N-22001 | 73,416.59 | P-310 at 115-16 |
| 10/22/2013 | 1979 | V-1522 | 1,250.99 | P-310 at 117-18 |
| 10/23/2013 | 1980 | HC-80-0098 | 2,590.98 | P-310 at 119-20 |
| 10/23/2013 | 1981 | HC-81-0098 | 2,586.58 | P-310 at 121 |
| 11/13/2013 | 1979 | N-22001 | 61,825.06 | P-310 at 122-23 |
| 11/13/2013 | 1979 | V-1522 | 1,053.48 | P-310 at 124-25 |
| 11/14/2013 | 1980 | HC-80-0098 | 2,103.54 | P-310 at 126-27 |
| 11/14/2013 | 1981 | HC-81-0098 | 2,099.85 | P-310 at 128-29 |
| 12/23/2013 | 1979 | N-22001 | 60,993.83 | P-310 at 130-31 |
| 12/23/2013 | 1979 | V-1522 | 1,039.31 | P-310 at 132-33 |
| 12/23/2013 | 1980 | HC-80-0098 | 2,074.28 | P-310 at 134-35 |
| 12/24/2013 | 1981 | HC-81-0098 | 2,075.71 | P-310 at 136-37 |
| 2/3/2014 | 1979 | N-22001 | 105,887.45 | P-310 at 138-39 |
| 2/3/2014 | 1979 | V-1522 | 1,804.29 | P-310 at 142-43 |
| 2/3/2014 | 1980 | HC-80-0098 | 3,601.87 | P-310 at 144-45 |
| 2/4/2014 | 1981 | HC-81-0098 | 3,591.59 | P-310 at 146 |
| 2/28/2014 | 1979 | N-22001 | 62,686.59 | P-310 at 147-48 |
| 2/28/2014 | 1979 | V-1522 | 1,068.16 | P-310 at 149-50 |

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

Billing Summary [Stipulation] No. 2 - By Date (Overview)   P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---:|---:|:---:|---:|:---|
| 2/28/2014 | 1980 | HC-80-0098 | 2,132.38 | P-310 at 151-52 |
| 2/28/2014 | 1981 | HC-81-0098 | 2,126.79 | P-310 at 153-54 |
| 4/1/2014 | 1979 | N-22001 | 39,896.69 | P-310 at 155-56 |
| 4/1/2014 | 1979 | V-1522 | 679.83 | P-310 at 157-58 |
| 4/2/2014 | 1980 | HC-80-0098 | 1,356.92 | P-310 at 159-60 |
| 4/3/2014 | 1981 | HC-81-0098 | 1,354.83 | P-310 at 161-62 |
| 5/12/2014 | 1979 | N-22001 | 60,216.78 | P-310 at 163-64 |
| 5/12/2014 | 1979 | V-1522 | 1,026.07 | P-310 at 165-66 |
| 5/12/2014 | 1980 | HC-80-0098 | 2,048.50 | P-310 at 167-68 |
| 5/12/2014 | 1981 | HC-81-0098 | 2,045.67 | P-310 at 169-70 |
| 5/30/2014 | 1979 | N-22001 | 49,328.54 | P-310 at 171-72 |
| 5/30/2014 | 1979 | V-1522 | 840.54 | P-310 at 173-74 |
| 6/2/2014 | 1980 | HC-80-0098 | 1,676.37 | P-310 at 175-76 |
| 6/2/2014 | 1981 | HC-81-0098 | 1,673.09 | P-310 at 177-78 |
| 7/8/2014 | 1979 | N-22001 | 19,583.36 | P-310 at 179 |
| 7/8/2014 | 1979 | V-1522 | 333.69 | P-310 at 180 |
| 7/8/2014 | 1980 | HC-80-0098 | 666.30 | P-310 at 181 |
| 7/8/2014 | 1981 | HC-81-0098 | 668.01 | P-310 at 182 |
| 8/12/2014 | 1979 | N-22001 | 42,038.19 | P-310 at 183 |
| 8/12/2014 | 1979 | V-1522 | 716.32 | P-310 at 184 |
| 8/12/2014 | 1980 | HC-80-0098 | 1,429.77 | P-310 at 185 |
| 8/12/2014 | 1981 | HC-81-0098 | 1,428.52 | P-310 at 186 |
| 8/15/2014 | 1978 | N-21163 | 309,347.89 | P-310 at 187 |
| 8/15/2014 | 1979 | N-22001 | 52,554.23 | P-310 at 188 |
| 8/15/2014 | 1979 | V-1522 | 895.51 | P-310 at 189 |
| 8/15/2014 | 1980 | HC-80-0098 | 1,788.48 | P-310 at 190 |
| 8/15/2014 | 1981 | HC-81-0098 | 1,785.50 | P-310 at 191 |
| 9/18/2014 | 1978 | N-21163 | 148,138.77 | P-310 at 192 |
| 9/18/2014 | 1979 | N-22001 | 24,937.89 | P-310 at 193 |
| 9/18/2014 | 1979 | V-1522 | 424.93 | P-310 at 194 |
| 9/18/2014 | 1980 | HC-80-0098 | 848.17 | P-310 at 195 |
| 9/18/2014 | 1981 | HC-81-0098 | 847.12 | P-310 at 196 |
| 11/3/2014 | 1978 | N-21163 | 373,807.26 | P-310 at 197 |
| 11/3/2014 | 1979 | N-22001 | 59,490.94 | P-310 at 198 |
| 11/3/2014 | 1979 | V-1522 | 1,013.71 | P-310 at 199 |

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

Billing Summary [Stipulation] No. 2 - By Date (Overview)     P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---:|---:|:---:|---:|:---|
| 11/3/2014 | 1980 | HC-80-0098 | 2,023.76 | P-310 at 200 |
| 11/3/2014 | 1981 | HC-81-0098 | 2,019.91 | P-310 at 201 |
| 11/26/2014 | 1978 | N-21163 | 592,077.68 | P-310 at 202 |
| 11/26/2014 | 1979 | N-22001 | 93,577.99 | P-310 at 203 |
| 11/26/2014 | 1979 | V-1522 | 1,594.54 | P-310 at 204 |
| 11/26/2014 | 1980 | HC-80-0098 | 3,184.83 | P-310 at 205 |
| 11/26/2014 | 1981 | HC-81-0098 | 3,181.53 | P-310 at 206 |
| 12/30/2014 | 1978 | N-21163 | 145,911.81 | P-310 at 207 |
| 12/30/2014 | 1979 | N-22001 | 32,433.80 | P-310 at 208 |
| 12/30/2014 | 1979 | V-1522 | 552.66 | P-310 at 209 |
| 12/30/2014 | 1980 | HC-80-0098 | 1,103.23 | P-310 at 210 |
| 12/30/2014 | 1981 | HC-81-0098 | 1,106.47 | P-310 at 211 |
| 1/23/2015 | 1978 | N-21163 | 533,493.56 | P-310 at 212 |
| 1/23/2015 | 1979 | N-22001 | 93,368.88 | P-310 at 213 |
| 1/23/2015 | 1979 | V-1522 | 1,590.97 | P-310 at 214 |
| 1/23/2015 | 1980 | HC-80-0098 | 3,177.42 | P-310 at 215 |
| 1/23/2015 | 1981 | HC-81-0098 | 3,175.39 | P-310 at 216 |
| 2/27/2015 | 1978 | N-21163 | 891,100.48 | P-310 at 217 |
| 2/27/2015 | 1979 | N-22001 | 128,681.55 | P-310 at 218 |
| 2/27/2015 | 1979 | V-1522 | 2,192.69 | P-310 at 219 |
| 2/27/2015 | 1980 | HC-80-0098 | 4,380.32 | P-310 at 220 |
| 2/27/2015 | 1981 | HC-81-0098 | 4,366.89 | P-310 at 221 |
| 3/27/2015 | 1978 | N-21163 | 200,796.29 | P-310 at 222 |
| 3/27/2015 | 1979 | N-22001 | 35,479.90 | P-310 at 223 |
| 3/27/2015 | 1979 | V-1522 | 604.57 | P-310 at 224 |
| 3/27/2015 | 1980 | HC-80-0098 | 1,206.85 | P-310 at 225 |
| 3/27/2015 | 1981 | HC-81-0098 | 1,206.33 | P-310 at 226 |
| 5/1/2015 | 1978 | N-21163 | 179,980.13 | P-310 at 227 |
| 5/1/2015 | 1979 | N-22001 | 33,607.26 | P-310 at 228 |
| 5/1/2015 | 1979 | V-1522 | 572.66 | P-310 at 229 |
| 5/1/2015 | 1980 | HC-80-0098 | 1,146.96 | P-310 at 230 |
| 5/1/2015 | 1981 | HC-81-0098 | 1,147.27 | P-310 at 231 |
| 5/29/2015 | 1978 | N-21163 | 760,883.84 | P-310 at 232 |
| 5/29/2015 | 1979 | N-22001 | 112,381.31 | P-310 at 233 |
| 5/29/2015 | 1979 | V-1522 | 1,914.94 | P-310 at 234 |

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

Billing Summary [Stipulation] No. 2 - By Date (Overview)    P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---|---|---|---|---|
| 5/29/2015 | 1980 | HC-80-0098 | 3,822.95 | P-310 at 235 |
| 5/29/2015 | 1981 | HC-81-0098 | 3,813.07 | P-310 at 236 |
| 9/2/2015 | 1978 | N-21163 | (1,399,847.17) | P-310 at 237 |
| 9/2/2015 | 1979 | N-22001 | (214,427.98) | P-310 at 238 |
| 9/2/2015 | 1979 | V-1522 | (3,653.78) | P-310 at 239 |
| 9/2/2015 | 1980 | HC-80-0098 | (7,284.85) | P-310 at 240 |
| 9/2/2015 | 1981 | HC-81-0098 | (7,268.83) | P-310 at 241 |
| 9/30/2015 | 1978 | N-21163 | 291,514.21 | P-310 at 242 |
| 9/30/2015 | 1979 | N-22001 | 44,189.96 | P-310 at 243 |
| 9/30/2015 | 1979 | V-1522 | 752.98 | P-310 at 244 |
| 9/30/2015 | 1980 | HC-80-0098 | 1,503.33 | P-310 at 245 |
| 9/30/2015 | 1981 | HC-81-0098 | 1,499.82 | P-310 at 246 |
| 11/4/2015 | 1978 | N-21163 | 372,471.45 | P-310 at 247 |
| 11/4/2015 | 1979 | N-22001 | 59,457.18 | P-310 at 248 |
| 11/4/2015 | 1979 | V-1522 | 1,013.13 | P-310 at 249 |
| 11/4/2015 | 1980 | HC-80-0098 | 2,022.80 | P-310 at 250 |
| 11/4/2015 | 1981 | HC-81-0098 | 2,019.49 | P-310 at 251 |
| 11/30/2015 | 1978 | N-21163 | 138,475.38 | P-310 at 252 |
| 11/30/2015 | 1979 | N-22001 | 27,874.37 | P-310 at 253 |
| 11/30/2015 | 1979 | V-1522 | 474.97 | P-310 at 254 |
| 11/30/2015 | 1980 | HC-80-0098 | 948.44 | P-310 at 255 |
| 11/30/2015 | 1981 | HC-81-0098 | 949.35 | P-310 at 256 |
| 12/23/2015 | 1978 | N-21163 | 206,976.33 | P-310 at 257 |
| 12/23/2015 | 1979 | N-22001 | 33,147.51 | P-310 at 258 |
| 12/23/2015 | 1979 | V-1522 | 564.82 | P-310 at 259 |
| 12/23/2015 | 1980 | HC-80-0098 | 1,127.76 | P-310 at 260 |
| 12/23/2015 | 1981 | HC-81-0098 | 1,125.99 | P-310 at 261 |
| 2/3/2016 | 1978 | N-21163 | 171,752.07 | P-310 at 262 |
| 2/3/2016 | 1979 | N-22001 | 30,417.25 | P-310 at 263 |
| 2/3/2016 | 1979 | V-1522 | 518.30 | P-310 at 264 |
| 2/3/2016 | 1980 | HC-80-0098 | 1,035.25 | P-310 at 265 |
| 2/3/2016 | 1981 | HC-81-0098 | 1,034.87 | P-310 at 266 |
| 3/22/2016 | 1978 | N-21163 | 247,206.39 | P-310 at 267 |
| 3/22/2016 | 1979 | N-22001 | 40,300.42 | P-310 at 268 |
| 3/22/2016 | 1979 | V-1522 | 686.71 | P-310 at 269 |

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

**Billing Summary [Stipulation] No. 2 - By Date (Overview)**  P-329-A

*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| Billing Date | Policy Year | Clearwater Contract No. | Billed to Clearwater | Trial Exhibit |
|---|---|---|---|---|
| 3/22/2016 | 1980 | HC-80-0098 | 1,371.03 | P-310 at 270 |
| 3/22/2016 | 1981 | HC-81-0098 | 1,369.21 | P-310 at 271 |
| 5/3/2016 | 1978 | N-21163 | 3,552,012.49 | P-310 at 276 |
| 5/3/2016 | 1979 | N-22001 | 621,663.47 | P-310 at 277 |
| 5/3/2016 | 1979 | V-1522 | 10,493.79 | P-310 at 277 |
| 5/3/2016 | 1980 | HC-80-0098 | 21,243.63 | P-310 at 278 |
| 5/3/2016 | 1981 | HC-81-0098 | 19,168.88 | P-310 at 279 |

$ 11,894,164.03
$ (993,159.00)

**$ 10,901,005.03**

**Summary of Billings to Clearwater (By Contract Year)**
*Utica Mut. Ins. Co. v. Clearwater Ins. Co.*, Case No. 13-CV-1178 (N.D.N.Y.)

| | Billings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Year | Clearwater Reinsurance | Total Loss | Retention | Layer Loss | Layer Expense | Clearwater % | Clearwater Loss | Clearwater Expense | Clearwater Total |
| 1978 | 100% p/o 5M x 20M | $ 25,000,000.00 | $ (20,000,000.00) | $ 5,000,000.00 | $ 2,716,098.86 | 100.000% | $ 5,000,000.00 | $ 2,716,098.86 | $ 7,716,098.86 |
| 1979 (Fac) | 16.67% p/o 15M x 10M | $ 25,000,000.00 | $ (10,000,000.00) | $ 15,000,000.00 | $ 8,105,753.04 | 16.667% | $ 2,500,000.00 | $ 1,350,985.86 | $ 3,850,985.86 |
| 1979 (TPF&C) | 8.5% p/o 500k p/o 15M x 10M | $ 25,000,000.00 | $ (10,000,000.00) | $ 15,000,000.00 | $ 8,105,753.04 | 0.284% | $ 42,500.00 | $ 23,020.34 | $ 65,520.34 |
| 1980 | 8.5% p/o 1M p/o 15M x 10M | $ 25,000,000.00 | $ (10,000,000.00) | $ 15,000,000.00 | $ 8,100,982.08 | 0.567% | $ 85,000.00 | $ 45,932.57 | $ 130,932.57 |
| 1981 | 8.5% p/o 1M p/o 15M x 10M | $ 25,000,000.00 | $ (10,000,000.00) | $ 15,000,000.00 | $ 8,046,984.23 | 0.567% | $ 85,000.00 | $ 45,626.40 | $ 130,626.40 |
| Total | | | | | | | | | $ 11,894,164.03 |

Less Prior Payment: ($993,159.00)
Total Outstanding: $ 10,901,005.03